In the Matter of SYLVAN LAWRENCE, Deceased.

RICHARD S. LAWRENCE et al., Respondents, v GRAUBARD MILLER et al., Appellants, and RICHARD S. LAWRENCE et al., Intervenors-Respondents.

Submitted December 23, 2013; decided January 9, 2014

Motion by New York State Trial Lawyers Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge SMITH taking no part.